

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00700-CV

Bert **POWELL** and Rosemarie Alvarado,
Appellants

v.

**BLUEBONNET PROPERTY MANAGEMENT**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV07283
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice